UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

**JUAN ANTONIO PENA RENDON**,                    Civil Case No. 3:11-01401-KI

                 Plaintiff,                    JUDGMENT

    v.

**COUNTY OF MULTNOMAH**, a Political
Subdivision of the State of Oregon; **DANIEL
STATON**, Multnomah County Sheriff;
**KEVIN JONES, ADAM SWAIL, JAN
KUBIC**, in their Individual and Official
Capacity,

                 Defendants.


    Robert L. Sepp
    8 North State St., Suite 300
    Lake Oswego, OR 97034

        Attorney for Plaintiff


Page 1 - JUDGMENT

Jenny Morf, County Attorney
for Multnomah County
B. Andrew Jones
Assistant County Attorney
Office of Multnomah County Attorney
501 S.E. Hawthorne Blvd., Suite 500
Portland, OR 97214

  Attorneys for Defendants


KING, Judge:

  Based on the record, it is ordered that the plaintiff Juan Antonio Pena Rendon's First

Amended Complaint is dismissed with prejudice.

  IT IS SO ORDERED.

  DATED this   29th   day of January, 2013.


         /s/ Garr M. King
         Garr M. King
         United States District Judge


Page 2 - JUDGMENT