UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **JUAN ANTONIO PENA RENDON**, | Civil Case No. 3:11-01401-KI |
| Plaintiff, | JUDGMENT |
| v. | |
| **COUNTY OF MULTNOMAH**, a Political Subdivision of the State of Oregon; **DANIEL STATON**, Multnomah County Sheriff; **KEVIN JONES, ADAM SWAIL, JAN KUBIC**, in their Individual and Official Capacity, | |
| Defendants. | |

Robert L. Sepp
8 North State St., Suite 300
Lake Oswego, OR 97034

Attorney for Plaintiff

Page 1 - JUDGMENT

Jenny Morf, County Attorney
for Multnomah County
B. Andrew Jones
Assistant County Attorney
Office of Multnomah County Attorney
501 S.E. Hawthorne Blvd., Suite 500
Portland, OR 97214

    Attorneys for Defendants

KING, Judge:

    Based on the record, it is ordered that the plaintiff Juan Antonio Pena Rendon's First Amended Complaint is dismissed with prejudice.

    IT IS SO ORDERED.

    DATED this  29th  day of January, 2013.

                             /s/ Garr M. King
                             Garr M. King
                             United States District Judge